LAURA KRANK
ATTORNEY AT LAW:  220208
LAW OFFICES OF ROHLFING & KALAGIAN
211 EAST OCEAN BLVD., SUITE 420
LONG BEACH, CA 90802
562/437-7006
FAX:  562/432-2935
Email:  Laura_RK.office@speakeasy.net
Attorneys for Plaintiff Blia Lee

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BLIA LEE, | Case No.: 1:08 CV 01505 GSA |
| Plaintiff, | ORDER EXTENDING THE BRIEFING SCHEDULE |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the parties' Stipulation for an Extension of Time, and for cause shown, IT IS ORDERED that Plaintiff is granted an extension of time until July 5, 2009, in which to file her Motion for Summary Judgment with the court.

Dated: June 24, 2009.

                                  Gary S. Austin
                         UNITED STATES MAGISTRATE JUDGE