LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8937
    Facsimile:  (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| BLIA LEE, | CASE NO. 1:08-cv-01505-GSA |
|     Plaintiff, | |
|     v. | **STIPULATION AND ORDER** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
|     Defendant. | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of up to and including September 16, 2009, to respond to Plaintiff's motion for summary judgment.  This request is due to an unexpected increase to an already heavy work load on the part of the undersigned attorney for the Commissioner.  For the months of June and July, she has been responsible for briefing in approximately 26 district court cases and 2 appellate cases.  Further, she has the responsibility to draft the Commissioner's recommendation to the Solicitor General for a writ of certiorari in <u>Vasquez v. Astrue</u>, 547 F.3d 1101 (9th Cir. 2008) after the July 9, 2009, decision of the Ninth Circuit declining en banc review.  This task was unpredictable and involves extremely tight and unavoidable deadlines.

1  The undersigned attorney for the Commissioner's heavy schedule has been occasioned, in
2  large part, by staffing shortages in the Commissioner's regional office.  The Commissioner's
3  Office of Regional Chief Counsel recently experienced sudden departures of four senior
4  attorneys, two of whom accepted positions as administrative law judges, which provided only a
5  short time between the offer dates and starting dates.  Also, one senior attorney is on extended
6  emergency medical leave, another senior attorney is on extended paternity leave, and a third
7  senior attorney is currently working part-time due to the serious medical condition of a family
8  member.  Due to this, the attorneys in this office have experienced an unanticipated increase in
9  workload due to office restructuring and reassignment of over 250 district court cases and
10 approximately 20 Ninth Circuit appeals.  The shortage of attorneys able to readily brief cases has
11 eliminated reassigning cases as a method of avoiding extensions.  Counsel will also be out of the
12 office from August 5-10, 2009, in order to attend a family wedding.
13   The parties further stipulate that the Court's Scheduling Order shall be modified
14 accordingly.

                                        Respectfully submitted,

Dated: August 3, 2009              /s/ *Laura Krank*
                                   (As authorized via email)
                                   LAURA KRANK
                                   Attorney for Plaintiff


Dated: August 3, 2009              LAWRENCE G. BROWN
                                   Acting United States Attorney
                                   LUCILLE GONZALES MEIS
                                   Regional Chief Counsel, Region IX
                                   Social Security Administration

                                   /s/ *Elizabeth Firer*
                                   ELIZABETH FIRER
                                   Special Assistant U.S. Attorney

                                   Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:   **August 4, 2009**                    **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE