1  LAWRENCE G. BROWN
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8937
      Facsimile:  (415) 744-0134
7     E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| BLIA LEE, | CIVIL NO. 1:08-CV-01505-GSA |
|    Plaintiff, | |
|      v. | **STIPULATION AND ORDER** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
|    Defendant. | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a SECOND extension of time of 30 days up to and including October 16, 2009, to respond to Plaintiff's motion for summary judgment. The undersigned attorney for the Commissioner makes this request due to a heavy work load over the past 4 weeks that has included briefing in 10 district court cases, an unextendable appellate brief and unpredictable and also unextendable work on the Commissioner's recommendation to the Solicitor General for a writ of certiorari in <u>Vasquez v. Astrue</u>, 547 F.3d 1101 (9th Cir. 2008). The undersigned attorney for the Commissioner was unable to complete the Commissioner's brief within the time granted by this Court in the previous extension.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                              Respectfully submitted,

Dated: September 21, 2009        /s/ *Laura Krank*
                                              (As authorized via email)
                                              LAURA KRANK
                                              Attorney for Plaintiff

Dated: September 21, 2009        LAWRENCE G. BROWN
                                              United States Attorney
                                              LUCILLE GONZALES MEIS
                                              Regional Chief Counsel, Region IX
                                              Social Security Administration

                                              /s/ *Elizabeth Firer*
                                              ELIZABETH FIRER
                                              Special Assistant U.S. Attorney

                                              Attorneys for Defendant

**ORDER**

    IT IS SO ORDERED.

    **Dated:   September 21, 2009**              **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE